# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| EILEEN TUTHILL, | } | Civil Action 1:12-cv-1986 |
| Plaintiff, | } | JUDGE: Patricia A. Gaughan |
| v. | } | |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | } | |
| Defendant. | } | |

So Ordered.
/s/ Patricia A. Gaughan
10/31/12

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ *David W. Skall*

DAVID W. SKALL (0068740)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff